SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America *ex rel.* Frederic Mooney III, <br><br> Plaintiff-Relator, <br><br> v. <br><br> HumanGood; HumanGood Fresno; HumanGood NorCal; HumanGood SoCal; HumanGood Cornerstone; HumanGood Arizona, Inc.; HumanGood Idaho; HumanGood Nevada; HumanGood East; and HumanGood Pennsylvania, <br><br> Defendants. | Case No. 2:24-cv-00932-JCM-MDC <br><br> **United States' Notice of Consent to Voluntary Dismissal** |

On July 29, 2025, Relator Frederic Mooney III filed a Notice of Voluntary Dismissal of this action. ECF No. 11. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Although the Court, in its July 29, 2025, Order, ECF No. 10 ("Order"), lifted the seal as to the Relator's complaint, the United States' Notice of Election to Decline Intervention, the Order itself, and any matters occurring in this action after July 29, 2025, the United States requests that all other papers on file in this action remain under seal.  In

discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: September 5, 2025

SIGAL CHATTAH
Acting United States Attorney

 */s/  Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney

BRETT A. SHUMATE
Assistant Attorney General

JAMIE ANN YAVELBERG
ALLISON CENDALI
EVAN BALLAN
Attorneys, Commercial Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 305-2335
evan.j.ballan@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America *ex rel.* Frederic Mooney III,<br><br>    Plaintiff-Relator,<br><br>    v.<br><br>HumanGood; HumanGood Fresno; HumanGood NorCal; HumanGood SoCal; HumanGood Cornerstone; HumanGood Arizona, Inc.; HumanGood Idaho; HumanGood Nevada; HumanGood East; and HumanGood Pennsylvania,<br><br>    Defendants. | Case No. 2:24-cv-00932-JCM-MDC<br><br>**Order** |

The Relator Frederic Mooney III having filed a Notice of Voluntary Dismissal of this action, and the United States having filed their Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

1.    This action is dismissed without prejudice as to Relator Frederic Mooney III and the United States;

2.    All contents of the Court's docket in this action shall remain under seal and not be made public, except as set forth in the Court's July 29, 2025, Order (ECF No. 10), which lifted the seal as to the Relator's complaint, the Court's July 29, 2025, Order, the United States' Notice of Election to Decline Intervention, and matters occurring in this action after July 29, 2025.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _September 25, 2025_____